By the Court:
 

 Layton,
 
 Justice.
 

 Mere inadequacy of price is no ground for setting aside a sale, if conducted properly. But connected with other circumstances, the court cannot overlook the fact, when it exists, that the property has been sacrificed. It appears that the day of this [sale was rainy and inclement; that few persons, at least few bidders, were present; three persons have sworn that they were prevented from attending the sale by stress of weather; and that they would pave been bidders, and would give more for the property than it brought; that the property, which brought $1,190, is worth $2,200. ft additionally appears, that the sum for which the land sold, will hot satisfy the prior judgment of Mrs. Sewall, and of course pay nothing to the plaintiff in this execution; but if sold for what the testimony proves it to be worth, it would satisfy both. Mrs. Sewall and Ihe defendants are desirous of a new sale; but the plaintiff, having Ither security for his debt, is willing that this sale should be confirmed.
 

 I We think, upon the whole case, that the sale should be set aside.
 

 Sale set aside,